UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 07 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEVIN JAMES LISLE,

        Petitioner - Appellant,

  v.

JEREMY BEAN and AARON D. FORD,

        Respondents - Appellees.

No. 22-99009

D.C. No. 2:03-cv-01006-MMD-DJA
U.S. District Court for Nevada, Las Vegas

**ORDER**

The supplemental answering brief and the supplemental excerpts of record submitted on August 6, 2026 by Aaron D. Ford and Jeremy Bean are filed.

No paper copies are required at this time.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT