Case No. 22-99009

United States Court of Appeals
for the Ninth Circuit

Kevin James Lisle,

Appellant,

vs.

Jeremy Bean, *et al.*,

Appellee.

D.C. No. 2:03-cv-1006-MMD-DJA
District of Nevada

**Unopposed Motion for Extension of Time to File Supplemental Reply Brief (First Request)**

DEATH PENALTY CASE

Rene L. Valladares
Federal Public Defender
Stacy M. Newman
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577

Counsel for Appellant

Petitioner Kevin Lisle, through counsel, hereby requests an extension of time of 90 days, up to and including November 25, 2026, within which to file his brief. The State does not oppose Kevin Lisle's request.

This request for an extension of time is made and based on the following declaration of counsel and the entire file herein.

Dated this 20th day of August, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Stacy M. Newman*
Stacy M. Newman
Assistant Federal Public Defender

## DECLARATION OF STACY M. NEWMAN

I, Stacy M. Newman, declare as follows:

1. I am an attorney at law, admitted to practice before this Court and employed as an Assistant Federal Public Defender. I represent Kevin Lisle in this capital habeas case.

2. I am responsible for preparing and filing Mr. Lisle's supplemental reply brief, which is currently due on August 27, 2026.

3. I am requesting an extension of time of 90 days, up to and including November 25, 2026, within which to file and serve the reply brief. This is my first request for an extension of time for this pleading.

4. Since the State filed the supplemental answering brief on August 6, 2026, I have not been able to devote sufficient time to drafting the supplemental reply and reviewing the State's supplemental excerpts of record. I have had to devote time to other capital habeas cases, including time spent drafting an Opening Brief before this Court in *Hernandez v. Henley*, Case No. 25-2185, and time spent compiling a Nevada State Pardons Board clemency application for another capital client, Donald Sherman.

5. In addition to my capital habeas caseload, I serve as a supervisor in the office's Capital Habeas Unit and have been responsible for coordinating the training of new employees within the Unit in the time period since the State filed its supplemental answering brief and supplemental excerpts of record.

6. To fulfill my ethical obligations to Kevin Lisle, I need additional time to prepare the supplemental reply brief. The 90 days requested will allow me to complete this pleading in accordance with my duty to provide Kevin Lisle with adequate representation and to assist this Court in adjudicating Kevin Lisle's case. I am requesting 90 days with the intention that this will be the only request for an extension of time that is needed.

7. This request is not made for the purpose of delay or for any other improper purpose, but only to ensure that this office provides competent representation to Kevin Lisle. Nev. R. Prof. Conduct 1.1.

/

/

/

/

8. On August 19, 2026, Senior Deputy Attorney General Michael Bongard informed me that the State does not oppose an extension of time of 90 days.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2026, in Las Vegas, Nevada.

*/s/ Stacy M. Newman*
Stacy M. Newman
Assistant Federal Public Defender