FILED

AUG 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

KEVIN JAMES LISLE,

Petitioner-Appellant,

v.

JEREMY BEAN; AARON D. FORD,

Respondents-Appellees.

No. 22-99009

D.C. No.
2:03-cv-01006-MMD-DJA
District of Nevada,
Las Vegas

ORDER

Appellant's unopposed motion for extension of time to file the supplemental reply brief, Dkt. 53, is granted. The supplemental reply brief is now due November 25, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT