Case No. 22-99009

United States Court of Appeals
for the Ninth Circuit

Kevin James Lisle,

Appellant,

vs.

Jeremy Bean, *et al.*,

Appellee.

D.C. No. 2:03-cv-1006-MMD-DJA
District of Nevada

**Unopposed Motion for Extension of Time to File Supplemental Reply Brief (Second Request)**

DEATH PENALTY CASE

Rene L. Valladares
Federal Public Defender
Stacy M. Newman
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577

Counsel for Appellant

Petitioner Kevin Lisle, through counsel, hereby requests an extension of time of 14 days, up to and including December 9, 2026, within which to file his brief. The State does not oppose Kevin Lisle's request.

This request for an extension of time is made and based on the following declaration of counsel and the entire file herein.

Dated this 18th day of November, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Stacy M. Newman*
Stacy M. Newman
Assistant Federal Public Defender

## DECLARATION OF STACY M. NEWMAN

I, Stacy M. Newman, declare as follows:

1. I am an attorney at law, admitted to practice before this Court and employed as an Assistant Federal Public Defender. I represent Kevin Lisle in this capital habeas case.

2. I am responsible for preparing and filing Mr. Lisle's supplemental reply brief, which is currently due on November 25, 2026.

3. I am requesting an extension of time of 14 days, up to and including December 9, 2026, within which to file and serve the reply brief. This is my second request for an extension of time for this pleading.

4. The principle reason I am requesting an extension of time is that an unexpected death of an immediate family member earlier this month has caused me to have to take time away from work.

5. In light of my unexpected leave and to fulfill my ethical obligations to Kevin Lisle, I need additional time to prepare the supplemental reply brief. The 14 days requested will allow me to complete this pleading in accordance with my duty to provide Kevin

Lisle with adequate representation and to assist this Court in adjudicating Kevin Lisle's case.

6. This request is not made for the purpose of delay or for any other improper purpose, but only to ensure that this office provides competent representation to Kevin Lisle. Nev. R. Prof. Conduct 1.1.

7. On November 17, 2026, Senior Deputy Attorney General Michael Bongard informed me that the State does not oppose an extension of time of 14 days.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 18, 2026, in Las Vegas, Nevada.

*/s/ Stacy M. Newman*
Stacy M. Newman
Assistant Federal Public Defender