UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEVIN JAMES LISLE,

Petitioner-Appellant,

v.

JEREMY BEAN; AARON D. FORD,

Respondents-Appellees.

No. 22-99009

D.C. No.
2:03-cv-01006-MMD-DJA
District of Nevada,
Las Vegas

ORDER

Appellant's unopposed motion for an extension of time to file the supplemental reply brief, Dkt. 55, is granted. The supplemental reply brief is due December 9, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT